UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CLIVE ORMSBY and ALECIA GORDON, on behalf of
themselves individually and all others similarly situated

                                              Plaintiffs,

                                                          Case No.: 10-cv-3400
             -against-                                      (SJ)(JO)

                                                          **STIPULATION TO EXTEND**
                                                          **TIME TO ANSWER**

GARY KAVULICH and KAVULICH AND
ASSOCIATES, P.C.

                                              Defendants.
----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED that the time for Defendants to respond to

Plaintiffs' Complaint is hereby extended up to and including January 31, 2011.

Dated: January 12, 2011.

_____                _____
NOVLETTE R. KIDD, ESQ. (NK 9339)        GARY KAVULICH, ESQ.
FAGENSON & PUGLISI                             For himself and KAVULICH AND
Attorneys for Plaintiffs                                 ASSOCIATES, P.C.
450 Seventh Avenue, Suite 704                Defendants, *pro se*
New York, New York 10123                      30 Church Street, Suite 26
Tel.:(212)268-2128                                     New Rochelle, New York 10801
Fax:(212)268-2127                                     Tel:(914)355-2074
                                                               Fax:(914)355-2078

Dated: Brooklyn, New York
                      _____2011.

SO ORDERED:


_____
HON. JAMES ORENSTEIN, U.S.M.J.